UNITED STATES of America, Appellant, v. 824.60 PROOF GALLONS OF DISTILLED SPIRITS (WHISKEY), More or Less, Irene Boosalis, Claimant, Appellee.

No. 11009.

Circuit Court of Appeals, Ninth Circuit.

March 19, 1945.

Charles H. Carr, United States Attorney, of Los Angeles, Cal., for appellant.

Morris Lavine, of Los Angeles, Cal., for appellee.

Before DENMAN, STEPHENS, and BONE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, and by direction of the court, it is ordered that the appeal in this cause be dismissed, that a decree be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.